**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Ishaaq Mickens,<br><br>Debtor. | Case No. 22-13031-amc<br><br>Chapter 13 |

**Order Granting Debtor's**
**Motion to Reopen and Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen and Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Court's order dated November 16, 2023 (ECF No. 34) is **VACATED**.
3. The above-captioned bankruptcy case is **REOPENED** and **REINSTATED** effective upon the entry of this order.

Date:

                                              Ashely M. Chan
                                              U.S. Bankruptcy Judge