IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
    ISHAAQ MICKENS,              : Bankruptcy No. 22-13031-AMC
        Debtor(s)              : Chapter 13

## **PRAECIPE**

Please withdraw Document # 36, Standing Chapter 13 Trustee's Final Report. This case has been reopened.

                                                Respectfully submitted,

Date: February 7, 2024                  */s Scott F. Waterman*
                                                Scott F. Waterman
                                                Standing Chapter 13 Trustee – Reading
                                                (ph) 610-779-1313
                                                info@readingch13.com