# In the United States Bankruptcy Court
## for the Eastern District of Pennsylvania

In re:

    Ishaaq Mickens,

        Debtor.

Case No. 22-13031-amc

Chapter 13

### Certificate of No Applications for Compensation or Administrative Expenses

I certify that I have reviewed the Court's docket in this case and no applications for compensation or administrative expenses appear thereon. Pursuant to the Court's order of April 25, 2024, ECF No. 55, all applications for compensation or administrative expenses were to be filed and served on or before May 15, 2024.

Date: August 20, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com