| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13031-AMC

| | |
|---|---|
| Ishaaq Mickens | Petition Filed Date: 11/10/2022 |
| 428 E Church Ln | 341 Hearing Date: 01/06/2023 |
| Philadelphia  PA  19144-5873 | Confirmation Date: 04/19/2023 |

Case Status: Dismissed After Confirmation on 4/25/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2024 | $1,314.11 | 15482 | | | | | | |

**Total Receipts for the Period: $1,314.11   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,617.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL L ASSAD ESQUIRE | Attorney Fees | $4,703.66 | $2,374.10 | $2,329.56 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,710.21 | $0.00 | $5,710.21 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $5,419.06 | $0.00 | $5,419.06 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,390.33 | $0.00 | $2,390.33 |
| 4 | VERIZON BY AIS AS AGENT<br>»» 004 | Unsecured Creditors | $76.19 | $0.00 | $76.19 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,793.10 | $0.00 | $5,793.10 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $27,779.80 | $0.00 | $27,779.80 |
| 7 | AFS/AMERIFINANCIAL SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK NA/HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITIZENS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NAVIENT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13031-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,617.00 | Current Monthly Payment: | $197.00 |
| Paid to Claims: | $2,374.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $242.90 | Total Plan Base: | $11,679.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.